UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD GUY

     vs                          Case No. 3:09cv414-RV/EMT

OKALOOSA COUNTY BOARD OF COMMISSIONERS

## ORDER

**"DEFENDANT'S MOTION TO DISMISS AND TO STRIKE" (electronically filed 10/28/2009, doc 10)**, was referred to the undersigned with the following deficiencies:

> Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

DONE and ORDERED this __30th__ day of October, 2009.

                                    /s *Roger Vinson*
                                    ROGER VINSON
                                  SENIOR UNITED STATES DISTRICT JUDGE